UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DORIAN WILLIAMS, )<br>)<br>Defendant. ) | No. 4:10CR194 HEA |

## ORDER

This matter comes before the Court upon Defendant's Motion to Continue Trial [Doc. #43] and Waiver of Speedy Trial [Doc. #44].

This Court, upon careful consideration of the motion of Defendant, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Dorian Williams to May 16, 2011, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Defendant has indicated that the forensic evidence in this case includes an extremely large number of files and that examination of this material is crucial to the defense of this matter. Defendant seeks additional time to allow a computer expert to examine this material. The Court finds that the failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has filed with this Court a signed Waiver of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, [Doc. #44].

Concluding that the administration of justice will best be served by continuing this case,

the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendant DorianWilliams is RESET to May 16, 2011, at 9:30 a.m.

Dated this 28th day of March, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE